218

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Employer/insurer appeals from an award of the Labor and Industrial Commission in favor of the employee in a workers compensation case. The order of the Commission is supported by competent and substantial evidence on the whole record. No error of law appears. An opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

*ORDER*

PER CURIAM.

In this jury-tried case, defendants appeal a verdict in favor of plaintiff for $185,000 in an action pursuant to the Federal Employers' Liability Act, 45 U.S.C. § 51, *et seq.*

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

Cary W. LANG, Plaintiff/Respondent,

v.

MISSOURI PACIFIC RAILROAD CO., and Union Pacific Railroad Co., Defendants/Appellants.

No. 65373.

Missouri Court of Appeals, Eastern District, Division Four.

Nov. 1, 1994.

Stephen M. Buckley, St. Louis, for appellants.

Jerome J. Schlichter, Robert S. Bogard, Steven L. Groves, Schlichter, Bogard, & Denton, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

Roger D. EASTEP, Appellant,

v.

BANKERS UNITED LIFE ASSURANCE COMPANY, Respondent.

No. WD 48937.

Missouri Court of Appeals, Western District.

Nov. 8, 1994.

